BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel for Immigration Litigation
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Email: dhruman.y.sampat@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAHMOUD KHALIL, | HON. MICHAEL E. FARBIARZ |
| *Petitioner,* | *Civ. Act. No.* 25-cv-1963 (MEF) (MAH) |
| v. | NOTICE OF APPEAL |
| WILLIAM P. JOYCE, *et al.*, | |
| *Respondents.* | |

NOTICE is hereby given that Respondents[1] appeal to the United States Court of Appeals for the Third Circuit from the order entered on June 11, 2025, granting a preliminary injunction. *See* Dkt. No. 299. The order is an appealable interlocutory order of the district court under 28 U.S.C. § 1292(a)(1). The order incorporates previously issued opinions. *See* ECF Nos. 214, 272. Respondents appeal those opinions that are attendant to the granting of the preliminary injunction.

---

[1] Respondents are William P. Joyce, Acting Field Office Director of New York, United States Immigration and Customs Enforcement; Caleb Vitello, Acting Director of United States Immigration and Customs Enforcement; Kristi Noem, Secretary of the United States Department of Homeland Security; Pamel Bondi, Attorney General of the United States; Donald J. Trump, President of the United States; Marco Rubio, Secretary of the United States Department of State; and Yolanda Pittman, Warden of Elizabeth Contract Detention Facility.

NOTICE is hereby given that Respondents also appeal to the United States Court of Appeals for the Third Circuit from the order entered on June 20, 2025, granting Petitioner's motion for release on bail. *See* ECF No. 316. The order is an appealable interlocutory order of the district court under 28 U.S.C. § 1292(a)(1).

Dated: June 20, 2025

                                                Respectfully submitted,

                                                BRETT A. SHUMATE
                                                Assistant Attorney General
                                                Civil Division

                                                YAAKOV M. ROTH
                                                Principal Deputy Assistant Attorney General

                                                DREW C. ENSIGN
                                                Deputy Assistant Attorney General

                                                AUGUST E. FLENTJE
                                                Special Counsel for Immigration Litigation

                                                *s/ Dhruman Y. Sampat*
                                                DHRUMAN Y. SAMPAT
                                                Senior Litigation Counsel
                                                Office of Immigration Litigation
                                                General Litigation and Appeals Section
                                                PO Box 878, Ben Franklin Station
                                                Washington, D.C. 20044
                                                dhruman.y.sampat@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2025, the foregoing Notice of Appeal was served upon counsel of record for Petitioner by notice of electronic filing with this Court's CM/ECF system.

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel