UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2162**

Khalil v. President United States of America

**ORDER**

      Because this case relates to immigration detention, remote electronic access to the parties' filings would usually be limited. <u>See</u> Fed. R. Civ. P. 5.2(c) (made applicable by Fed. R. App. P. 25(a)(5)). The district court, however, lifted all restrictions on remote electronic access with the parties' consent. The parties' filings in this Court will likewise be available for remote electronic access.

      If any party believes this Court should limit remote electronic access, they must promptly notify the Court in writing.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: June 23, 2025
Tmm/cc: All Counsel of Record