June 30, 2025

<u>VIA ECF</u>

Patricia Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:  *Khalil v. Trump, et al.*
          No. 25-2162

Dear Ms. Dodszuweit,

    Petitioner writes to respectfully request a brief extension of time to respond to the government's motion to stay, filed shortly after 11:00 p.m. on June 26, 2025. *See* ECF 16. Under Rule 27(a)(3)(A) of the Federal Rules of Appellate Procedure, Petitioner's response is currently due on Monday, July 7, 2025. In light of the holiday weekend, Petitioner requests a two-day extension to Wednesday, July 9, 2025. Counsel for the government takes no position on this motion.

    Thank you for your kind consideration.

Respectfully submitted,

/s/   Liza Weisberg
_____

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, NJ 07102
(973) 854-1715

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher
Robert Hodgson
Veronica Salama
Molly Biklen
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar
Sidra Mahfooz
Brian Hauss
Brett Max Kaufman
Esha Bhandari
Vera Eidelman
Tyler Takemoto
125 Broad Street, Floor 18
New York, NY 10004
Tel: (212) 549-2500

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay
Diala Shamas
666 Broadway, 7th Floor

CLEAR Project
Main Street Legal Services, Inc.
Ramzi Kassem
Naz Ahmad
Mudassar Hayat Toppa
Shezza Abboushi Dallal
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

Van Der Hout LLP
Marc Van Der Hout
Johnny Sinodis
Oona Cahill
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000

New York, NY 10012
Tel: (212) 614-6464

Washington Square Legal Services, Inc.
Immigrant Rights Clinic
Alina Das*
245 Sullivan Street, 5th Floor
New York, NY 10012
Tel: (212) 998-6430

Dratel & Lewis
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212)732-8805

*Counsel for Petitioner*