No. 25-2162

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

MAHMOUD KHALIL,

Petitioner-Appellee,

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK
FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT;
WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR
UNITED STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT;SECRETARY UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF
STATE; ATTORNEY
GENERAL UNITED STATES OF AMERICA,

Respondents-Appellants.
_____

**RESPONDENTS-APPELLANTS' MOTION FOR EXTENTION
OF TIME TO FILE REPLY IN SUPPORT OF THEIR
MOTION TO STAY DISTRICT COURT'S ORDER**
_____

On June 26, 2025, Respondents-Appellants filed a motion to stay the District Court's order pending appeal in this case. On July 9, 2025, after obtaining a two-day extension to do so, Petitioner-Appellee filed an opposition to Respondents' motion. Respondents' reply is currently due on July 16, 2025.

Respondents respectfully request their own two-day extension to file their reply in support of their motion. This is Respondents' first request for an extension. The extension request is made in good faith and without purpose of delay. The extension is necessary because Respondents consist of several different federal entities, and additional time is needed to effectively coordinate between them. Additionally, Respondents' counsel has other litigation obligations and deadlines, including a new district court filing due on July 15, 2025. Finally, undersigned counsel will be on medical leave starting July 11, and work and responsibilities are being distributed to other government counsel. Respondents require a short-two day extension in light of these considerations.

Undersigned counsel requested Petitioner's position on this extension request. Petitioner consents the request.

THEREFORE, Respondents respectfully request that the due date for their reply in support of their motion to stay the district court's order pending appeal be extended to July 18, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ALANNA DUONG
Senior Litigation Counsel

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
dhruman.y.sampat@usdoj.gov

Dated: July 10, 2025

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(a)(7), I certify that the foregoing:

(1) was prepared using Garamond type, Font Size 14;

(2) contains 202 words of text.

Undersigned counsel used Microsoft 365 to prepare this motion. The virus detection program, Microsoft Forefront Endpoint Protection 2010, has been run on the electronic version of this motion, and no viruses were detected.

                                             *s/ Dhruman Y. Sampat*
                                             DHRUMAN Y. SAMPAT
                                             Senior Litigation Counsel
                                             Office of Immigration Litigation
                                             General Litigation and Appeals Section
                                             PO Box 878, Ben Franklin Station
                                             Washington, D.C. 20044
                                             dhruman.y.sampat@usdoj.gov

Dated: July 10, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Petitioner's counsel are registered users of the CM/ECF system and will receive service through the system.

> *s/ Dhruman Y. Sampat*
> DHRUMAN Y. SAMPAT
> Senior Litigation Counsel
> Office of Immigration Litigation
> General Litigation and Appeals Section
> PO Box 878, Ben Franklin Station
> Washington, D.C. 20044
> dhruman.y.sampat@usdoj.gov