UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2162** & **25-2357**

Khalil v. President United States of America

**ORDER**

The above-captioned appeals are hereby consolidated for all purposes. All motions, briefs, and other filings related to both appeals must be electronically filed on both dockets on the Court's electronic case filing (ECF) system.

As stated in No. 25-2162, the parties' filings in that appeal will be available for remote electronic access. The filings in No. 25-2357 will likewise be available for remote electronic access. If any party believes this Court should limit remote electronic access, they must promptly notify the Court in writing.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 18, 2025
Tmm/cc: All Counsel of Record