UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>　　　　　　　　　　*Petitioner,*<br><br>　v.<br><br>WILLIAM P. JOYCE, *et al.*,<br><br>　　　　　　　　　　*Respondents.* | HON. MICHAEL E. FARBIARZ<br><br>*Civ. Act. No.* 25-cv-1963 (MEF) (MAH)<br><br>AMENDED NOTICE OF APPEAL<br>(ECF 318) |

NOTICE is hereby given that Respondents'[1] appeal to the United States Court of Appeals for the Third Circuit from the order entered on June 11, 2025, ECF 299, granting a preliminary injunction, is amended to incorporate the subsequently entered order on June 17, 2025, ECF 355, modifying the preliminary injunction. *See* ECF 318, 358; Dkt. No. 25-2162 (3d Cir.). The orders are appealable under 28 U.S.C. § 1292(a)(1), and incorporate previously issued opinions. *See* ECF 214, 272. Respondents appeal those opinions that are attendant to the preliminary injunction.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Alanna T. Duong*
BRETT A. SHUMATE　　　　　　　　　　ALANNA T. DUONG
Assistant Attorney General　　　　　　　Senior Litigation Counsel
Civil Division　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　　　Civil Division, U.S. Dept. of Justice
YAAKOV M. ROTH　　　　　　　　　　PO Box 878, Ben Franklin Station
Principal Deputy Assistant Attorney General　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　alanna.duong@usdoj.gov
DREW C. ENSIGN
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel for Immigration Litigation
　　　　　　　　　　　　　　　　　　　　July 29, 2025
DHRUMAN Y. SAMPAT
Senior Litigation Counsel　　　　　　　　Attorneys for Respondents

---

[1] Respondents are William P. Joyce, Acting Field Office Director of New York, United States Immigration and Customs Enforcement; Caleb Vitello, Acting Director of United States Immigration and Customs Enforcement; Kristi Noem, Secretary of the United States Department of Homeland Security; Pamel Bondi, Attorney General of the United States; Donald J. Trump, President of the United States; Marco Rubio, Secretary of the United States Department of State; and Yolanda Pittman, Warden of Elizabeth Contract Detention Facility.

## CERTIFICATE OF SERVICE

I hereby certify that, on July 29, 2025, the foregoing Notice of Appeal was served upon counsel of record for Petitioner by notice of electronic filing with this Court's CM/ECF system.

/s/ *Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice

Case 2:25-cv-02532-MEF-MAH Document 88 Page: 2 Filed Date Filed: 07/29/2025 2 PageID: 4360