Nos. 25-2162 & 25-2357

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

MAHMOUD KHALIL,

Petitioner-Appellee,

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; ATTORNEY GENERAL UNITED STATES OF AMERICA,

Respondents-Appellants.

On Appeal from the United States District Court
for the District of New Jersey, No. 25-1963 (MEF) (MAH)

## APPELLANTS' ADDENDUM TO THE OPENING BRIEF

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General | BENJAMIN HAYES<br>Special Counsel to the Assistant Attorney General |
| YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General | ALANNA T. DUONG<br>DHRUMAN Y. SAMPAT<br>Senior Litigation Counsel |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General | JOHN F. STANTON<br>RACHEL L. BROWNING<br>Trial Attorneys |

## STATEMENT OF RELATED CASES AND PROCEEDINGS

Undersigned counsel is not aware of any previous or pending cases before this Court involving either Mahmoud Khalil or the precise issues raised in these appeals.

## CERTIFICATE OF COMPLIANCE

I certify that the opening brief filed on August 20, 2025:

(1) complies with the type-volume limitation of Federal Rule of Appellate Procedure 32 and Third Circuit Rule 32.1, as modified by the Court's minute order of August 19, 2025, because it is proportionately spaced using Garamond 14-point font and contains 14,365 words, exclusive of tables of contents and authorities, and other items exempted by Federal Rule of Appellate Procedure 32(f);

(2) was scanned for viruses using the latest version of Microsoft CrowdStrike Falcon, as required by Third Circuit Rule 31.1(c), and no viruses or malware was detected; and,

(3) is identical to the text in the paper copies of the brief as required by Third Circuit Rule 31.1(c).

>  /s/ Alanna T. Duong
> ALANNA T. DUONG
> Senior Litigation Counsel
> U.S. Department of Justice

August 25, 2025                                     Attorney for Respondents-Appellants

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I further certify that all participants in this case, including Petitioner's counsels, are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice