Nos. 25-2162 & 25-2357

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Mahmoud KHALIL,

*Petitioner–Appellee*,

Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Todd LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General of the Department of Justice,

*Respondents–Appellants*.

## APPELLEE'S STATEMENT REGARDING ORAL ARGUMENT

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
Tel: (973) 854-1715

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay
Diala Shamas
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem
Naz Ahmad
Mudassar Hayat Toppa

Robert Hodgson
Veronica Salama
Molly Biklen
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Omar Jadwat
Noor Zafar
Michael K.T. Tan
Sidra Mahfooz
Brian Hauss
Esha Bhandari
Vera Eidelman
Tyler Takemoto
Brett Max Kaufman
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

Shezza Abboushi Dallal
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

WASHINGTON SQUARE LEGAL
SERVICES, INC.
Alina Das
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805

VAN DER HOUT LLP
Marc Van Der Hout
Johnny Sinodis
Oona Cahill
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000

*Counsel for Petitioner–Appellee*

Petitioner–Appellee Mahmoud Khalil, by his undersigned counsel, respectfully submits this request for oral argument, pursuant to Local Appellate Rule 34.1(b).

In their appeal, Respondents seek to overturn district court decisions releasing Petitioner from custody on the basis of extraordinary circumstances pending the litigation of his habeas claims and enjoining Respondents from pursuing Petitioner's removal from the country on a likely unconstitutional basis. Oral argument is appropriate because Respondents' appeal raises numerous significant issues of federal court habeas and subject-matter jurisdiction that will be of influential or precedential value and are of significant public interest.

Petitioner requests 15 minutes for his presentation at oral argument.

Dated: September 17, 2025        /s/ Robert Hodgson

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
Tel: (973) 854-1715

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher
Robert Hodgson
Veronica Salama

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay
Diala Shamas
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem
Naz Ahmad
Mudassar Hayat Toppa
Shezza Abboushi Dallal
CUNY School of Law

1

Molly Biklen  
125 Broad Street, 19th Floor  
New York, N.Y. 10004  
Tel: (212) 607-3300  

AMERICAN CIVIL LIBERTIES UNION  
FOUNDATION  
Omar Jadwat  
Noor Zafar  
Michael K.T. Tan  
Sidra Mahfooz  
Brian Hauss  
Esha Bhandari  
Vera Eidelman  
Tyler Takemoto  
Brett Max Kaufman  
125 Broad Street, 18th Floor  
New York, NY 10004  
Tel: (212) 549-2500  

2 Court Square  
Long Island City, NY 11101  
Tel: (718) 340-4558  

WASHINGTON SQUARE LEGAL  
SERVICES, INC.  
Alina Das  
Kyle Barron  
Immigrant Rights Clinic  
245 Sullivan Street, 5th Floor  
New York, New York 10012  
Tel: (212) 998-6430  

DRATEL & LEWIS  
Amy E. Greer  
29 Broadway, Suite 1412  
New York, NY 10006  
Tel: (212) 732-8805  

VAN DER HOUT LLP  
Marc Van Der Hout  
Johnny Sinodis  
Oona Cahill  
360 Post St., Suite 800  
San Francisco, CA 94108  
Tel: (415) 981-3000  

*Counsel for Petitioner–Appellee*

## **CERTIFICATE OF BAR MEMBERSHIP**

Pursuant to Local R. 28.3(d) and Local R. 46.1(e), I certify that I, Robert Hodgson, am admitted as an attorney and counselor of the United States Court of Appeals for the Third Circuit.

> */s/ Robert Hodgson*
> Robert Hodgson
> *Counsel for Petitioner–Appellee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Third Circuit by using the CM/ECF system. All counsel of record in this case are registered CM/ECF users.

*/s/ Robert Hodgson*
Robert Hodgson
*Counsel for Petitioner–Appellee*
