# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2357, 25-2162

Mahmoud Khalil vs. President of the United States et al.

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

See attached.

Indicate the party's role IN THIS COURT (check **only** one):

- [ ] Petitioner(s)
- [ ] Appellant(s)
- [ ] Intervenor(s)
- [ ] Respondent(s)
- [ ] Appellee(s)
- [x] Amicus Curiae

(Type or Print) Counsel's Name: Luna Droubi
- [ ] Mr. [ ] Ms. [ ] Mrs. [ ] Miss [ ] Mx.

Firm: Beldock Levine & Hoffman LLP

Address: 99 Park Ave., PH/26th Floor

City, State, Zip Code: New York, NY 10016

Phone: 212-277-5875  Fax: 212-277-5880

Primary E-Mail Address (required): ldroubi@blhny.com
Additional E-Mail Address (1):
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** _/s/_

---

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

Nadia Abu El-Haj
    Ann Whitney Olin Professor, Department of Anthropology

Thea Abu El-Haj
    Professor of Education, Barnard College

Marcel Agüeros
    Professor of Astronomy, Columbia University

Daniel Alarcón
    Associate Professor, Journalism School

Heidi Allen
    Associate Professor

Riana Elyse Anderson
    Associate Professor, Columbia School of Social Work

Nico Baumbach
    Associate Professor of Film and Media Studies

Debbie Becher
    Associate Professor, Barnard College

Helen Benedict
    Professor of Journalism

Meredith Benjamin
    Lecturer, English, Barnard College

Nina Berman
    Professor of Journalism

Susan Bernofsky
    Professor of Writing, Columbia University

Elizabeth Bernstein
    Professor of Sociology and WGSS, Barnard College

Lutfur Bhuiya
    Senior Systems Manager, Columbia University

Caroline Bowman
    Assistant Professor of Philosophy, Barnard College

Melanie Brewster
    Professor of Counseling and Clinical Psychology, Teachers College at Columbia University

Taylor Carman
    Professor of Philosophy, Barnard College, Columbia University

Kristi Cassaro
    Term Assistant Professor, English, Barnard College

Amy Chazkel
    Associate Professor of History

Kaoukab Chebaro
    Head of Global Studies, Columbia University Libraries

Yinon Cohen
    Yerushalmi Professor of Israel and Jewish Studies

Patricia Dailey
    Associate Professor

Lila Davachi
    Professor of Psychology

Rosalyn Deutsche
    Term Professor, Barnard College (retired)

Ezekiel Dixon-Román
    Professor of Critical Race, Media, & Educational Studies

Madeleine Dobie
   Professor of French

Thomas Dodman
   Associate Professor, French, Columbia University

Marwa Elshakry
   Associate Professor

Ansley Erickson
   Associate Professor, History and Education Policy, Teachers College, Columbia University, and Affiliated Faculty, Department of History, Columbia University

Gil Eyal
   Professor of Sociology

Jeffrey Fagan
   Isidor & Seville Sulzbacher Professor of Law

Katherine Franke
   James L. Dohr Professor of Law (retired)

Daniel Friedrich
   Professor of Curriculum, Teachers College

Victoria Frye
   Professor, Columbia School of Social Work

Ralph Ghoche
   Assistant Professor, Architecture, Barnard College

Mara Green
   Assistant Professor, Barnard College

Michelle R. Greene
   Assistant Professor of Psychology, Barnard College

Nora Gross
: Assistant Professor of Education, Barnard College, Columbia University

Najam Haider
: Professor of Religion, Barnard College

Jack Halberstam
: David Feinson Professor of the Humanities

Kim F. Hall
: Lucyle Hook Professor of English & Professor of Africana Studies

Ross Hamilton
: Professor of English, Barnard College

Michael Harris
: Professor of Mathematics, Columbia University

Meghan Hartman
: Term Assistant Professor, Religion, Barnard College

Maricarmen Hernandez
: Assistant Professor of Sociology

Marianne Hirsch
: William Peterfield Trent Professor Emerita, English and Comparative Literature

Jennifer S. Hirsch
: Professor of Sociomedical Sciences, Mailman School of Public Health, Columbia University

Jean E Howard
: George Delacorte Professor Emerita in the Humanities

Joseph Howley
: Associate Professor of Classics

Lisa Jahn
    Assistant Professor of American Studies, Barnard College

Janet Jakobsen
    Professor, Women's, Gender, and Sexuality Studies, Barnard College

Kay James
    Associate Professor of Neuroscience & Education, Teachers College

Rebecca Jordan-Young
    Professor of Women's, Gender, and Sexuality Studies

David Scott Kastan
    Old Dominion Foundation Professor Emeritus of English, Columbia University

Matthew Keegan
    Assistant Professor, Barnard College

Gregory Khalil
    Adjunct Assistant Professor, Graduate School of Journalism

Salman S. Khan
    Assistant Professor of Medicine CUIMC

Stacy Kinirons
    Assistant Professor Rehabilitation & Regenerative Medicine (Physical Therapy) CUIMC

Jennifer C Lena
    Associate Professor of Arts Administration, Teachers College

David Lurie
    Associate Professor, East Asian Languages and Cultures, Columbia University

Daniel Malinsky
: Assistant Professor of Biostatistics, Columbia Mailman School of Public Health

Linn Cary Mehta
: Adjunct Lecturer, English

Christia Mercer
: Gustave M. Berne Professor of Philosophy

Nara Milanich
: Professor of History, Barnard College

Kenneth Miller
: Peter Taylor Professor of Neuroscience

Debra Minkoff
: Professor of Sociology, Barnard College

Shayoni Mitra
: Senior Lecturer, Department of Theatre, Barnard College

Manijeh Moradian
: Assistant Professor of Women's, Gender and Sexuality Studies, Barnard College

John Morrison
: Professor of Philosophy, Barnard College

Yves Moussallam
: Associate Professor of Earth and Environmental Sciences. Columbia University

Bahia Munem
: Full-Time Lecturer, Columbia University

Erica D. Musser
: Assistant Professor of Psychology, Barnard College

Celia E. Naylor
    Professor, Africana Studies, Barnard College

Frederick Neuhouser
    Professor of Philosophy, Barnard College

Robert Newton
    Senior Research Scientist (retired), Part-Time Lecturer

James Piacentini
    Adjunct Assistant Professor of Urban Planning

Pablo Piccato
    Professor of History

Sheldon Pollock
    Professor Emeritus, MESAAS

Ashwini Rao
    Professor of Rehabilitation and Regenerative Medicine (Physical Therapy) at CUIMC

Hussein Rashid
    Term Lecturer, Religion, Barnard College

Bruce Robbins
    Old Dominion Foundation Professor in the Humanities

Beth Rubin
    Professor, Teachers College

Prantik Saha
    Assistant Clinical Professor of Pediatrics

Joerg Schaefer
    Lamont Professor, Lamont-Doherty Earth Observatory of Columbia University

James Schamus
: Professor of Professional Practice, School of the Arts

Sharon Schwartz
: Professor of Epidemiology

Randa Serhan
: Term Associate Professor, Sociology, Barnard College

Mmi Shirasu-Hiza
: Professor of Genetics and Development, Assistant Dean of Mentoring for VIBRE Ph.D. Program, Columbia University, Irving Medical Center

Anooradha Iyer Siddiqi
: Associate Professor of Architecture, Barnard College

Amelia Simone Herbert
: Assistant Professor of Education and Urban Studies

David Skeist
: Adjunct Lecturer, Theatre, Barnard College

Jonathan Snow
: Professor of Biology, Barnard College

Alisa Solomon
: Professor

Julien Teitler
: Professor, Columbia School of Social Work

Michael Thaddeus
: Professor of Mathematics, Columbia University

Yannik Thiem
: Associate Professor of Religion

J. Blake Turner
: Associate Professor of Social Science (in Psychiatry) at CUIMC

Dominic T. Walker
: Term Associate Professor Sociology, Barnard College

Melanie Wall
: Professor of Biostatistics (in psychiatry), Vagelos College of Physicians and Surgeons, Columbia University Irving Medical Center

Alex Watson
: Senior Lecturer, English, Barnard College

Madisson Whitman
: Lecturer, Center for Science and Society and Anthropology

Gisela Winckler
: Professor of Climate, Climate School, Columbia University

Samantha C. Winter
: Associate Professor, Columbia School of Social Work

Susan S. Witte
: Professor

Peter Woit
: Senior Lecturer, Mathematics Department

Elwin Wu
: Professor, Columbia School of Social Work

Giulia Zanni
: Assistant Professor Department of Psychiatry

E.Y. Zipris
: Adjunct Professor, Teachers College