# Nos. 25-2162 & 25-2357

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Mahmoud KHALIL,
*Petitioner-Appellee*
v.
Donald J. Trump, et al.
*Respondents-Appellants*

_____
ON APPEAL FROM THE U.S. DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, NO. 25-1963 (MEF) (MAH)
_____

**MOTION FOR LEAVE TO FILE APPENDIX II TO AMICI BRIEF OF IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS AS AMICI CURIAE IN SUPPORT OF PETITIONER-APPELLEE**
_____

Fatma Marouf
Professor of Law
Texas A&M School of Law
1515 Commerce St.
Fort Worth, TX 76102
Tel: (817) 212-4123
fatma.marouf@law.tamu.edu
(in her individual capacity)

Elora Mukherjee
Jerome L. Greene Clinical Professor
of Law, Columbia Law School
Morningside Heights Legal Services
435 W. 116th Street, Room 831
New York, NY 10027
Tel: (212) 854-4291
emukherjee@law.columbia.edu
(in her individual capacity)

Ahilan Arulanantham
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel: (310) 825-1029
arulanantham@law.ucla.edu
(in his individual capacity)

Amber Qureshi
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Tel: (443) 583-4353
amber@qureshilegal.com
(in her individual capacity)

*Counsel for Amici Curiae*

*Amici curiae* are over 100 leading lawyers, law professors, and scholars who practice, write about, research, and teach immigration law. *Amici* respectfully move for leave to file Appendix II to the *amici curiae* brief that was submitted in this case in support of the Petitioner's motion for a temporary restraining order.

Appendix II to the brief is a declaration by Graeme Blair, Ph.D., and David Hausman, J.D., Ph.D., providing data and analysis regarding the historical use foreign policy deportability ground. Based on publicly available data from the Executive Office of Immigration Review (EOIR) and published Board of Immigration Appeals (BIA) decisions, Appendix II demonstrates that, out of 11.7 million cases, DHS has invoked INA § 241(a)(4)(C)(i) or INA § 237(a)(4)(C)(i) as a removal charge in only fifteen cases prior to early March 2025. In just seven of these fifteen cases, the foreign policy deportability ground was the only charge alleged throughout the proceeding. Only four individuals ever were ultimately ordered removed or deported after being charged with removability under this ground. Focusing on the last 25 years up through early March 2025, the EOIR data reflects that INA § 237(a)(4)(C) has been invoked only four times, and only twice has it been the only charge alleged throughout the proceeding.

Appendix II further demonstrates that this list of cases analyzed by Professors Blair and Hausman may be a significant overcount of the number of individuals charged with removability under INA § 241(a)(4)(C)(i) or INA §

2

237(a)(4)(C)(i). The declaration explains that the government's filings in this case indicate that there are significantly fewer cases in which INA § 241(a)(4)(C)(i) or INA § 237(a)(4)(C)(i) have been invoked and why data errors may have caused an overcount in the numbers of such cases in the EOIR data.

The data provided in Appendix II offers non-duplicative insights, beyond that submitted by the parties.

## CONCLUSION

The proposed *amici* respectfully request that the Court grant this motion for leave to file Appendix II to the *amicus* brief.

DATED: September 22, 2025    Respectfully submitted,

/s/ Fatma Marouf

Fatma Marouf
Professor of Law
Texas A&M School of Law
1515 Commerce St.
Fort Worth, TX 76102
Tel: (817) 212-4123
fatma.marouf@law.tamu.edu
(in her individual capacity)

Ahilan Arulanantham
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel: (310) 825-1029
arulanantham@law.ucla.edu
(in his individual capacity)

Amber Qureshi
Law Office Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Tel: (443) 583-4353
amber@qureshilegal.com

Elora Mukherjee
Jerome L. Greene Clinical Professor of Law
Columbia Law School
Morningside Heights Legal Services, Inc.
435 W. 116th Street, Room 831
New York, NY 10027
Tel: (212) 854-4291
emukherjee@law.columbia.edu
(in her individual capacity)

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d), I hereby certify that the attached motion is proportionately spaced, has a typeface of 14 points in Times New Roman font, and contains 330 words (a motion may contain a maximum of 5200 words). This document therefore complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).


DATED: September 22, 2025 /s/ Fatma Marouf

Fatma Marouf
Professor of Law
Texas A&M School of Law
1515 Commerce St.
Fort Worth, TX 76102
Tel: (817) 212-4123
fatma.marouf@law.tamu.edu
(in her individual capacity)

*Counsel of Record for Amici Curiae*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, an electronic copy of the motion for leave to file brief of amici curiae Immigration Lawyers, Law Professors, and Scholars was filed with the Clerk of the United States Court of Appeals for the Third Circuit by using the ACMS system. I also certify that all participants are registered ACMS users and will be served via the ACMS system.

DATED: September 22, 2025                     /s/  Fatma Marouf

Fatma Marouf
Professor of Law
Texas A&M School of Law
1515 Commerce St.
Fort Worth, TX 76102
Tel: (817) 212-4123
fatma.marouf@law.tamu.edu
(in her individual capacity)

*Counsel of Record for Amici Curiae*