# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2162 & 25-2357

Mahmoud Khalil   vs.   Donald J. Trump, in his official capacity as President of the United States

Calendar Date: October 21, 2025          Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Brett Max Kaufman

Designation of Arguing Counsel: Brett Max Kaufman & Robert Hodgson

Member of the Bar:  [✓] Yes    [ ] No

Representing (check only one):

[ ] Petitioner(s)    [ ] Appellant(s)    [ ] Intervenor(s)

[ ] Respondent(s)    [✓] Appellee(s)    [ ] Amicus Curiae

Please list the name of the lead party being represented:

Mahmoud Khalil

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)