UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162 and 25-2357

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES OF AMERICA,
　　　　　　　　　Appellants

(D.N.J. No. 2:25-cv-01963)

Present: HARDIMAN, BIBAS and FREEMAN, Circuit Judges

1. Motion on behalf of Proposed Amicus Appellant National Jewish Advocacy Center to file Amicus Brief out of Time (ECF No. 52 at Appeal No. 25-2162: ECF No. 27 at Appeal No. 25-2357);
2. Motion filed by International Law Professors, Scholars, and Practitioners to proceed as amicus on the merits in support of Appellee (ECF No. 71 at Appeal No. 25-2162: ECF No. 46 at Appeal No. 25-2357); and
3. Motion filed by Immigration Lawyers, Law Professors and Scholars to proceed as amicus on the merits in support of Appellee/Respondent (ECF No. 86 at Appeal No. 25-2162: ECF No. 61 at Appeal No. 25-2357).

　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　Clerk/MS

_____ORDER_____
The foregoing Motions are GRANTED.

　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　s/ *Thomas M. Hardiman*
　　　　　　　　　　　　　　　　　　Circuit Judge

Dated:　　October 7, 2025
MS/cc:　　All counsel/parties of record