

October 24, 2025

**<u>VIA CM/ECF</u>**

Patricia S. Dodszuweit, Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:    *Khalil v. President of the United States, et al.*, Nos. 25-2162 & 25-2357
        Response to Government's Supplemental Submission after Oral Argument re EOIR Guidance

Dear Ms. Dodszuweit:

      Petitioner–Appellee writes to briefly address the government's letter concerning, *inter alia*, guidance issued September 5 by the Executive Office for Immigration Review, Dkt. 122, Ex. A. Given the weighty issues newly raised by the government, Petitioner respectfully seeks leave to file a five-page brief.

      The government raised EOIR's guidance, issued prior to its reply brief deadline, *for the first time* in this appeal on rebuttal at oral argument, suggesting that Petitioner could litigate some of his constitutional claims through his immigration proceeding.[1] The government could have, but did not, brief this argument and in fact disclaimed it before the district court.[2] Thus, Petitioner has had no opportunity to address the EOIR guidance in briefing or at argument.

      There are numerous reasons why EOIR's guidance does not transform Petitioner's immigration proceedings into a forum in which to meaningfully litigate the claims raised here or redress the attendant ongoing harms. These include the facts that EOIR's guidance does not displace binding, contradictory caselaw;[3] it can be withdrawn at any time; and IJs are neither

---

[1] The government did not—and could not—suggest that Petitioner's claims that his *detention* is unconstitutional under either the First or Fifth Amendments could be entertained in the immigration proceedings. *See* Oral Argument at 28'20", *Ozturk v. Hyde*, No. 25-cv-1019 (2d Cir. Sept. 30, 2025), https://ww3.ca2.uscourts.gov/decisions/isysquery/79741068-79b6-4be6-8a1f-137b9806df9f/1/doc/25-1019.mp3.

[2] *See* JA156, JA161-62.

[3] *See id*.

equipped to build a record on constitutional claims nor obliged to entertain such relief.[4] Moreover, Petitioner's immigration case is on appeal before the BIA, on what appears to be an unusually expedited track, and there is no guarantee that the Fifth Circuit, which routinely denies stays of removal pending adjudication of Petitions for Review, *see* D.N.J. ECF 378 at 2-3, would grant any motion—even unopposed—to remand in order to develop a record on Petitioner's constitutional claims.

In short, the government's eleventh-hour arguments implicate several consequential issues Petitioner should be permitted to brief.

Dated: October 24, 2025
New York, NY

AMERICAN CIVIL LIBERTIES UNION
OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, NJ 07102
Tel: (973) 854-1715

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
Amy Belsher
Robert Hodgson
Veronica Salama
Molly Biklen
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Omar Jadwat
Noor Zafar
Sidra Mahfooz
Michael K. T. Tan
Brian Hauss

Respectfully submitted,
/s/ Robert Hodgson

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay
Diala Shamas
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem
Naz Ahmad
Mudassar Hayat Toppa
Shezza Abboushi Dallal
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

WASHINGTON SQUARE LEGAL
SERVICES, INC.
IMMIGRANT RIGHTS CLINIC
Alina Das
Kyle Barron
245 Sullivan Street, 5th Floor
New York, NY 10012
Tel: (212) 998-6430

---

[4] *See, e.g.*, Ex. A, ECF 61 in *A.C.T. v. Lyons*, No.25-cv-6366 (S.D.N.Y. Oct. 10, 2025) (government filing stating EOIR guidance documents do not override IJs' discretion or binding caselaw).

| | |
|---|---|
| Brett Max Kaufman<br>Esha Bhandari<br>Vera Eidelman<br>125 Broad Street, Floor 18<br>New York, NY 10004<br>Tel: (212) 549-2500 | DRATEL & LEWIS<br>Amy E. Greer<br>29 Broadway, Suite 1412<br>New York, NY 10006<br>Tel: (212)732-8805 |
| *Counsel for Petitioner-Appellee* | VAN DER HOUT LLP<br>Marc Van Der Hout<br>Johnny Sinodis<br>Oona Cahill<br>360 Post St., Suite 800<br>San Francisco, CA 94108<br>Tel: (415) 981-3000 |

CC: Government Counsel