UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-2162 & 25-2357</u>

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES OF AMERICA,
Appellants

(D.N.J. No. 2:25-cv-01963)

Present:  HARDIMAN, BIBAS and FREEMAN, <u>Circuit Judges</u>

1. Motion filed by Appellants Attorney General United States of America, Director New York Field Office Immigration and Customs Enforcement, Director United States Immigration and Customs Enforcement, President United States of America, Secretary United States Department of Homeland Security, Secretary United States Department of State and Warden Elizabeth Contract Detention Facility to File Appendix Volume VI under Seal in 25-2162, 25-2357.

Respectfully,
Clerk/EAF

_____ORDER_____
The foregoing Motion is GRANTED.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: January 12, 2026
EAF/cc:    All Counsel of Record