UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-2162 & 25-2357</u>

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES OF AMERICA,
Appellants

(D.N.J. No. 2:25-cv-01963)

Present:  HARDIMAN, BIBAS and FREEMAN, <u>Circuit Judges</u>

1) Motion filed by Amicus Appellee Immigration Lawyers Law Professors and Scholars for leave to file appendix volume II.

> Respectfully,
> Clerk/EAF

_____ORDER_____
The foregoing Motion is DENIED.

> By the Court,
>
> s/ *Thomas M. Hardiman*
> Circuit Judge

Dated: January 12, 2026
EAF/cc:     All Counsel of Record