OFFICE OF THE CLERK
PATRICIA S. DODSZUWEIT

CLERK





UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

January 15, 2026

Naz Ahmad
Main Street Legal Services
2 Court Square W
5th Floor
Long Island City, NY 11101

Farrin R. Anello
American Civil Liberties Union of New Jersey
P.O. Box 32159
Newark, NJ 07102

Baher A. Azmy
Center for Constitutional Rights
666 Broadway
7th Floor
New York, NY 10012

Kyle Barron
Washington Square Legal Services NYU School of Law
Immigrant Rights Clinic
245 Sullivan Street
5th Floor
New York, NY 10012

Amy Belsher
New York Civil Liberties Union
125 Broad Street
19th Floor
New York, NY 10004

Esha Bhandari
American Civil Liberties Union

Reproductive Freedom Project
125 Broad Street
18th Floor
New York, NY 10004

Molly Biklen
New York Civil Liberties Union
125 Broad Street
19th Floor
New York, NY 10004

Oona Cahill
Van Der Hout
360 Post Street
Suite 800
San Francisco, CA 94108

David N. Cinotti
Pashman Stein Walder Hayden
21 Main Street
Court Plaza South, Suite 200
Hackensack, NJ 07601

Alina Das
Washington Square Legal Services NYU School of Law
Immigrant Rights Clinic
245 Sullivan Street
5th Floor
New York, NY 10012

Joshua L. Dratel
Dratel & Lewis
29 Broadway
Suite 1412
New York, NY 10006

Luna Droubi
Beldock Levine & Hoffman
99 Park Avenue
Suite 1600
New York, NY 10016

Alanna Thanh Duong
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878

Ben Franklin Station
Washington, DC 20044

Drew C. Ensign
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530

August E. Flentje
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Room 7242
Washington, DC 20530

Kellen Funk
Columbia University School of Law
Appellate Litigation Clinic
435 W 116th Street
Room 901
New York, NY 10027

Amy E. Greer
Dratel & Lewis
29 Broadway
Suite 1412
New York, NY 10006

Brian M. Hauss
American Civil Liberties Union
Speech, Privacy & Technology Project
125 Broad Street
18th Floor
New York, NY 10004

Robert Hodgson
New York Civil Liberties Union
125 Broad Street
19th Floor
New York, NY 10004

Omar C. Jadwat
American Civil Liberties Union
Immigrants' Rights Project
125 Broad Street

18th Floor
New York, NY 10004

Ramzi Kassem
Main Street Legal Services
2 Court Square W
5th Floor
Long Island City, NY 11101

Brett M. Kaufman
American Civil Liberties Union
125 Broad Street
18th Floor
18th Floor
New York, NY 10004

Molly K.C. Linhorst
American Civil Liberties Union of New Jersey
P.O. Box 32159
Newark, NJ 07102

Jeanne LoCicero
American Civil Liberties Union of New Jersey
P.O. Box 32159
Newark, NJ 07102

Ronald G. London
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue SE
Suite 340
Washington, DC 20003

Lawrence S. Lustberg
FBT Gibbons
One Gateway Center
1145 Raymond Plaza W
Newark, NJ 07102

Fatma Marouf
Texas A&M University School of Law
Legal Clinics
1515 Commerce Street
Fort Worth, TX 76102

Sarah H. Paoletti
University of Pennsylvania School of Law

Transnational Legal Clinic
3501 Sansom Street
Philadelphia, PA 19104

Jessica Rofe
Rutgers University
Constitutional Litigation Clinic
123 Washington Street
Newark, NJ 07102

Jon Romberg
Seton Hall University School of Law
Center for Social Justice
833 McCarter Highway
Newark, NJ 07102

Veronica R. Salama
New York Civil Liberties Union
125 Broad Street
19th Floor
New York, NY 10004

Dhruman Y. Sampat
United States Department of Justice
Civil Division, Appellate Staff
601 D Street NW
Washington, DC 20530

Brett A. Shumate
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Johnny Sinodis
Van Der Hout
360 Post Street
Suite 800
San Francisco, CA 94108

Jason B. Torchinsky
Holtzman Vogel Baran Torchinsky & Josefiak
15405 John Marshall Highway
Haymarket, VA 20169

Marc Van Der Hout

Van Der Hout
360 Post Street
Suite 800
San Francisco, CA 94108

Xiangnong Wang
Columbia University
Knight First Amendment Institute
475 Riverside Drive
Suite 302
New York, NY 10115

Liza F. Weisberg
American Civil Liberties Union of New Jersey
P.O. Box 32159
Newark, NJ 07102


RE: Mahmoud Khalil v. President United States of America, et al
Case Number: 25-2162
District Court Case Number: 2:25-cv-01963

ENTRY OF JUDGMENT

Today, **January 15, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.


Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Timothy M, Case Manager
267-299-4953