UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162 & No. 25-2357

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES OF AMERICA,

              Appellants

(D.N.J. No. 2:25-cv-01963)

Present: HARDIMAN, BIBAS, and FREEMAN, Circuit Judges

1. Appellee's Motion to Dismiss No. 25-2357 for Lack of Jurisdiction
2. Appellants' Response to Motion to Dismiss No. 25-2357 for Lack of Jurisdiction
3. Appellants' Reply

              Respectfully,
              Clerk/tmm

_____ORDER_____
The foregoing Motion is DENIED as moot.

              By the Court,

              s/ *Thomas M. Hardiman*
              Circuit Judge

Dated: January 15, 2026
Tmm/cc: All Counsel of Record