UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162 and 25-2357

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　Appellants

(D.N.J. No. 2:25-cv-01963)

Present:  HARDIMAN, Circuit Judge

1. Motion by Appellee for 30-day extension of time to file any petition for rehearing or rehearing en banc, until March 31, 2026, and an enlargement of any petition to 8,000 words.

　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　Clerk/tmm

_____ORDER_____
The foregoing Motion is GRANTED.

　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　s/ Thomas M. Hardiman
　　　　　　　　　　　　　　　Circuit Judge

Dated: February 9, 2026
Tmm/cc: All Counsel of Record