# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

MAHMOUD KHALIL,

Petitioner-Appellee,

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; ATTORNEY GENERAL UNITED STATES OF AMERICA,

Respondents-Appellants.

On Appeal from the United States District Court
for the District of New Jersey, No. 25-1963 (MEF) (MAH)

## RESPONDENTS-APPELLANTS' MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE AND FOR AN ENLARGEMENT OF THE RESPONSE TO PETITIONER-APPELLEE'S PETITION FOR REHEARING EN BANC

Respondents-Appellants ("the Government") respectfully move, pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and 3rd Circuit Local Appellate Rule 31.4, for (1) a fourteen (14) day extension of time to file the Government's response to Petitioner-Appellee Mahmoud Khalil's Petition for Rehearing En Banc, up to and including May 4, 2026, and (2) an enlargement of the response to 8,000 words. The Government's response is currently due on or before April 20, 2026, *see* ECF 144, and limited to 3,900 words, *see* Fed. R. App. P. 40(d)(3)(A), (4). Good cause exists for the Court to grant the Government's motion. Mr. Khalil, through counsel, consents to the Government's request.

On January 15, 2026, this Court issued a precedential opinion reversing five orders of the District Court. *See Khalil v. President of the United States of America*, 164 F.4th 259 (3d Cir. 2026); *see also* ECF 133 (ordering that the District Court's orders entered on April 29, May 28, June 11, June 20, and July 17, 2025, are hereby vacated and the case is remanded to the District Court with instructions to dismiss the petition for lack of subject-matter jurisdiction). Mr. Khalil subsequently requested a 30-day extension of time to file any petition for rehearing or rehearing en banc (for a total of 75 days) and an enlargement of his petition to 8,000 words (more than double the default word limit). *See* ECF 135 at 3-4. This Court granted Mr. Khalil's request. ECF 137.

Good cause exists for this Court to grant the Government's request for a 14-day extension of time to file its response to Mr. Khalil's en banc petition and an enlargement to 8,000 words. Mr. Khalil had 75 days to file his en banc petition, and his petition

contained 7,987 words. *See* ECF 138. This Court ordered the Government to respond by or on April 20, 2026. *See* ECF 144. As a result, the Government has only 14 days from this Court's order in which to respond to the en banc petition. And the Government is currently permitted less than half the number of words that Mr. Khalil used in his extensive en banc petition. *See* Fed. R. App. P. 40(d)(3)(A), (4). Given the lengthy en banc petition and limited timeframe, the Government thus respectfully requests a 14-day extension of time and an enlargement to 8,000 words. The extension and enlargement will ensure that there is adequate time and word count for the Government to address Mr. Khalil's en banc petition, especially given this Court's thorough and thoughtful decision in this case. The extension will also ensure sufficient time exists for the response to undergo the necessary review by components of the Department of Justice, Department of Homeland Security, and Department of State.

This is the Government's first extension request, and undersigned counsel will exercise diligence and file the response within the time requested. Mr. Khalil is not in the custody of the Department of Homeland Security, and his removal proceedings remain ongoing before the Board of Immigration Appeals.

Accordingly, the Government respectfully requests a 14-day extension of time, up to and including May 4, 2026, to file its response to Mr. Khalil's en banc petition and an enlargement of the word count to 8,000 words.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney
  General

DREW C. ENSIGN
Deputy Assistant Attorney General

BENJAMIN HAYES
Senior Counsel to the Assistant
  Attorney General

AUGUST E. FLENTJE
Special Counsel for Immigration
  Litigation

/s/ *Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Dept. Justice
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7040
alanna.duong@usdoj.gov

ANIELLO DESIMONE
JOSHUA C. MCCROSKEY
Trial Attorneys

April 8, 2026

Attorneys for Respondents-Appellants

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2) and 32(g) because it was prepared using Garamond type, is double-spaced, has 10.5 or fewer characters per inch; and contains 538 words, excluding the parts exempted by Rule 32(f).

/s/ Alanna T. Duong
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice

April 8, 2026                                          Attorney for Respondents-Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Third Circuit by using the CM/ECF system.  Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Alanna T. Duong
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice