UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162 & No. 25-2357

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW
YORK FIELD OFFICE IMMIGRATION AND CUSTOMS
ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION
FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES
DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED
STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL
UNITED STATES OF AMERICA,

Appellants

(D.N.J. No. 2:25-cv-01963)

Present: HARDIMAN, Circuit Judge

1.  Motion by Amici Curiae American-Arab Anti-Discrimination Committee, The
    Foundation for  Individual Rights and Expression, Pen America, The
    Rutherford Institute, and First Amendment Lawyers Association for Leave to
    File an Amicus Curiae Brief In support of Appellee's Petition for Rehearing En
    Banc.

2.  Motion by Amici Curiae Immigration Lawyers, Law Professors, and Scholars
    for Leave to File an Amici Curiae Brief In Support of Appellee's Petition for
    Rehearing En Banc.

3.  Motion by Amici Curiae Habeas Scholars Mark D. Falkoff, Martin S. Flaherty,
    Eric M. Freedman, Helen Hershkoff, Randy A. Hertz, Aziz Z. Huq, Lee
    Kovarsky, Aziz Rana, Stephen I. Vladeck, and Larry Yackle Brief In Support
    of Appellee's Petition for Rehearing En Banc.

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing motions are GRANTED.


By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: April 9, 2026
Tmm/cc: All Counsel of Record