UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162 and 25-2357

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD
OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN
ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED
STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED
STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES
OF AMERICA,
Appellants

(D.N.J. No. 2:25-cv-01963)

Present:  HARDIMAN, Circuit Judge

1.  Motion by Appellant for a 14-day extension of time to file response until
    May 4, 2026, and for an enlargement of response to 8,000 words.

Respectfully,
Clerk/tmm

_____ORDER_____
The foregoing Motion is GRANTED.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: April 9, 2026
Tmm/cc: All Counsel of Record