ECO-048
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162, 25-2357

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD
OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN
ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED
STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED
STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES
OF AMERICA,
                                                    Appellants

(D.N.J. No. 2:25-cv-01963)

Present:  BOVE, *Circuit Judge*.

   Submitted is:

   (1) Appellee's Motion to Recuse Honorable Judge Emil Bove From
       Consideration of Appellee's Petition for Rehearing En Banc.

                                        Respectfully,

                                        Clerk

_____ORDER_____

   The foregoing motion is denied as moot.

                                        By the Court,

                                        s/ Emil Bove
                                        Circuit Judge

Dated: May 22, 2026
Tmm/cc: All Counsel of Record