UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162 & No. 25-2357

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES OF AMERICA,

Appellants

(D.N.J. No. 2:25-cv-01963)

Present: HARDIMAN, BIBAS and FREEMAN, Circuit Judges

1. Appellee's Motion to Stay The Issuance of The Mandate Pending The Filing and Disposition of a Petition for Certiorari to the United States Supreme Court.

2. Appellants' Response to Appellee's Motion to Stay The Mandate.

3. Appellee's Reply in Further Support of His Motion to Stay The Issuance of The Mandate.

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing Motion is GRANTED as follows. Issuance of this Court's Mandate is stayed pending the Appellee's Filing of a Petition for Certiorari, if any, and the United States Supreme Court's final disposition or until the time for filing such petition has expired. The parties must notify this Court in writing if no timely petition is filed.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: May 26, 2026

Tmm/cc: All Counsel of Record