UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


Nos. 25-2162 & No. 25-2357


MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW
YORK FIELD OFFICE IMMIGRATION AND CUSTOMS
ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION
FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES
DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED
STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL
UNITED STATES OF AMERICA,

                                                    Appellants

(D.N.J. No. 2:25-cv-01963)


Present: HARDIMAN, BIBAS and FREEMAN, Circuit Judges

1.  Appellants' Motion for Clarification or Modification of Order Staying
    Mandate.



                                        Respectfully,
                                        Clerk/tmm


_____ORDER_____
The foregoing Motion is GRANTED in part and the Court's Order Staying the Mandate
is clarified as follows:

Issuance of this Court's Mandate is stayed for 90 days from the date the Court
entered its order denying Mahmoud Khalil's Petition for Rehearing, which was on
May 22, 2026. *See* Sup. Ct. R. 13(3). Further, should the United States Supreme
Court grant a request by Mahmoud Khalil for an extension of time to file his
Petition for Writ of Certiorari, issuance of this Court's mandate shall be stayed for
an additional 30 days or for the duration of the extension from the Supreme Court,
whichever period is shorter. If Mahmoud Khalil files a timely Petition for Writ of

Certiorari, this Court's mandate shall be stayed pending the Supreme Court's final disposition of that Petition. The parties are ordered to provide a status report to the Court immediately upon the expiration of the initial 90-day period and upon the filing of any request for an extension of time from the Supreme Court for filing a Petition for Writ of Certiorari.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: June 4, 2026
Tmm/cc: All Counsel of Record