**Nos. 25-2162 & 25-2357**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

Mahmoud KHALIL,

*Petitioner–Appellee*,

Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Todd LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; Markwayne MULLIN, in his official capacity as Secretary of the Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Todd BLANCHE, in his official capacity as Acting Attorney General of the Department of Justice,

*Respondents–Appellants*.

---

**STATUS REPORT**

---

Consistent with the spirit of this Court's June 4 clarification order, Petitioner writes to inform the Court that, due to recently arisen circumstances involving the unavailability of ACLU lead counsel, its state affiliates and the CLEAR project, Mr. Khalil today filed a second request with the Supreme Court for an additional 30-day extension of time to file a petition for a writ of certiorari. Petitioner recognizes that under this Court's current instructions, the

mandate presently would issue at the conclusion of the initial 30-day extension (currently, September 21, 2026, if Mr. Khalil does not file a cert petition by then). Should the Supreme Court grant this second extension, to October 21, 2026, Mr. Khalil intends to return to this Court to respectfully seek an additional stay of the mandate until the new filing deadline for the petition for certiorari and, if certiorari is granted, until final disposition of the case before the Supreme Court.

Respectfully submitted,

Dated: September 9, 2026

*/s/ Baher Azmy*

VAN DER HOUT LLP
Marc Van Der Hout
Johnny Sinodis
Oona Cahill
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

*Counsel for Petitioner–Appellee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Third Circuit by using the CM/ECF system. All counsel of record in this case are registered CM/ECF users.

*/s/ Baher Azmy*
Baher Azmy
*Counsel for Petitioner–Appellee*