UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162 & No. 25-2357

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES OF AMERICA,

Appellants

(D.N.J. No. 2:25-cv-01963)

Present: HARDIMAN, BIBAS and FREEMAN, Circuit Judges

1. Appellee's Emergency Motion to Further Stay The Issuance of The Mandate Pending The Filing and Disposition of a Petition for Certiorari to the United States Supreme Court.

2. Appellants' Opposition to Appellee's Emergency Motion to Further Stay The Issuance of The Mandate.

Respectfully,
Clerk/tmm

ORDER

The foregoing Motion to Further Stay the Issuance of the Mandate Pending the Filing and Disposition of a Petition for Certiorari to the United States Supreme Court is GRANTED. If Mahmoud Khalil files a timely Petition for Writ of Certiorari, this Court's mandate shall be further stayed pending the Supreme Court's final disposition of that Petition. The parties are ordered to provide a status report to the Court immediately upon the expiration

of the extension of time from the Supreme Court for filing a Petition for Writ of Certiorari.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: September 22, 2026
cc: Counsel of record

**A True Copy:**

Patricia S. Dodszuweit, Clerk