**Nos. 25-2162 & 25-2357**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

Mahmoud KHALIL,

*Petitioner–Appellee*,

President, United States of America; Director, New York Field Office Immigration and Customs Enforcement; Warden, Elizabeth Contract Detention Facility; Director, Immigration and Customs Enforcement; Secretary, United States Department of Homeland Security; Secretary, United States Department of State; and Attorney General, United States of America,

*Respondents–Appellants*.

---

**STATUS REPORT**

---

On behalf of both parties and pursuant to this Court's order at Docket Entry #171, counsel for Petitioner submits this status report to confirm that he has filed a timely Petition for a Writ of Certiorari with the U.S. Supreme Court today, October 19, 2026.

Respectfully submitted,

Dated: October 19, 2026

*/s/ Baher Azmy*

VAN DER HOUT LLP
Marc Van Der Hout
Johnny Sinodis
Oona Cahill

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay
666 Broadway, 7th Floor

360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000

DRATEL & LEWIS
Joshua Dratel
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805

New York, NY 10012
Tel: (212) 614-6464

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

*Counsel for Petitioner–Appellee*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Third Circuit by using the CM/ECF system. All counsel of record in this case are registered CM/ECF users.

*/s/ Baher Azmy*
Baher Azmy
*Counsel for Petitioner–Appellee*